AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

PROFESSIONAL HAIR PRODUCTS LIMITED,

*Plaintiff(s)*

v.

DIAMOND GIRL 27 AVE, INC. d/b/a DIAMOND GIRL BEAUTY SUPPLY, DIAMOND GIRL BEAUTY, INC. d/b/a DIAMOND GIRL #2 BEAUTY SUPPLY, HAMDI ABDALLAH, AMJAD HAMMAD, and MUHANNED FARRAJ

*Defendant(s)*

Civil Action No. 0:24-cv-61679-MD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Diamond Girl 27 Ave, Inc. d/b/a Diamond Girl Beauty Supply
931 NW 27 Avenue
Fort Lauderdale, Florida 33311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric J. Partlow
100 North Tampa Street, Suite 4000
Tampa, Florida 33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)
Email: Eric.Partlow@arlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 12, 2024

SUMMONS

Angela E. Noble
Clerk of Court

*P. Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

PROFESSIONAL HAIR PRODUCTS LIMITED,

*Plaintiff(s)*

v.

DIAMOND GIRL 27 AVE, INC. d/b/a DIAMOND GIRL BEAUTY SUPPLY, DIAMOND GIRL BEAUTY, INC. d/b/a DIAMOND GIRL #2 BEAUTY SUPPLY, HAMDI ABDALLAH, AMJAD HAMMAD, and MUHANNED FARRAJ

*Defendant(s)*

Civil Action No. 0:24-cv-61679-MD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Diamond Girl Beauty, Inc. d/b/a Diamond Girl #2 Beauty Supply
3224 W. Broward Boulevard
Fort Lauderdale, Florida 33312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric J. Partlow
100 North Tampa Street, Suite 4000
Tampa, Florida 33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)
Email: Eric.Partlow@arlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 12, 2024

Angela E. Noble
Clerk of Court

SUMMONS

*P. Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

PROFESSIONAL HAIR PRODUCTS LIMITED,

*Plaintiff(s)*

v.

DIAMOND GIRL 27 AVE, INC. d/b/a DIAMOND GIRL BEAUTY SUPPLY, DIAMOND GIRL BEAUTY, INC. d/b/a DIAMOND GIRL #2 BEAUTY SUPPLY, HAMDI ABDALLAH, AMJAD HAMMAD, and MUHANNED FARRAJ

*Defendant(s)*

Civil Action No. 0:24-cv-61679-MD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hamdi Abdallah
11083 Boston Drive
Hollywood, Florida 33026-4939

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric J. Partlow
100 North Tampa Street, Suite 4000
Tampa, Florida 33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)
Email: Eric.Partlow@arlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 12, 2024

Angela E. Noble
Clerk of Court

SUMMONS

*P. Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

PROFESSIONAL HAIR PRODUCTS LIMITED,

*Plaintiff(s)*

v.

DIAMOND GIRL 27 AVE, INC. d/b/a DIAMOND GIRL BEAUTY SUPPLY, DIAMOND GIRL BEAUTY, INC. d/b/a DIAMOND GIRL #2 BEAUTY SUPPLY, HAMDI ABDALLAH, AMJAD HAMMAD, and MUHANNED FARRAJ

*Defendant(s)*

Civil Action No. 0:24-cv-61679-MD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amjad Hammad
10330 Majestic Court #25
Parkland, Florida 33076-4804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric J. Partlow
100 North Tampa Street, Suite 4000
Tampa, Florida  33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)
Email: Eric.Partlow@arlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 12, 2024

Angela E. Noble
Clerk of Court

SUMMONS

*P. Curtis* (signature)

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

PROFESSIONAL HAIR PRODUCTS LIMITED,

*Plaintiff(s)*

v.

DIAMOND GIRL 27 AVE, INC. d/b/a DIAMOND GIRL BEAUTY SUPPLY, DIAMOND GIRL BEAUTY, INC. d/b/a DIAMOND GIRL #2 BEAUTY SUPPLY, HAMDI ABDALLAH, AMJAD HAMMAD, and MUHANNED FARRAJ

*Defendant(s)*

Civil Action No. 0:24-cv-61679-MD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Muhanned Farraj
12157 NW 69th Court
Parkland, Florida 33076-3336

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric J. Partlow
100 North Tampa Street, Suite 4000
Tampa, Florida 33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)
Email: Eric.Partlow@arlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 12, 2024

Angela E. Noble
Clerk of Court

SUMMONS

P. Curtis

Deputy Clerk
U.S. District Courts